Jack K. Clapper (State Bar No. 83207)
Steven J. Patti (State Bar No. 163773)
CLAPPER, PATTI, SCHWEIZER & MASON
2330 Marinship Way, Suite 140
Sausalito, CA 94965
Telephone: (415) 332-4262
Facsimile: (415) 331-5387

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY JOANN TYSVER, Individually and as Successor-in-Interest to Decedent WAYNE FORREST TYSVER; JODY ANN PAULSON, STEVE TYSVER; LORI S. BROWN; ROBIN LINDSEY,<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS CORPORATION, LTD., et al.,<br><br>Defendants. | U.S. District Court Case No. CV-11-2954-~~LB~~ SC<br><br>Alameda County Superior Court Case No. RG-11-569254<br><br>**STIPULATION OF DISMISSAL OF DEFENDANTS** |

WHEREAS all named defendants apart from those listed below were voluntarily dismissed from this action pursuant to FRCP 41(a)(1)(A)(i).

WHEREAS the below listed defendants are the only defendants who have filed answers, and no defendant has filed a motion for summary judgment.

IT IS HEREBY STIPULATED by and between the remaining parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1)(A)(ii).

DATED: June 27, 2011.          CLAPPER, PATTI, SCHWEIZER & MASON

By: _____
Steven J. Patti
Attorney for Plaintiffs
Sally Joann Tysver, et al.

STIPULATION OF DISMISSAL

| | | |
|---|---|---|
| 1 | DATED: ___6/29/11___, 2011. | McKENNA LONG & ALDRIDGE |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Felicia Feng<br>Attorneys for Defendant<br>Metalclad Insulation Corporation |
| 5 | | |
| 6 | DATED: _____, 2011. | BRYDON HUGO & PARKER |
| 7 | | By: _____ |
| 8 | | George A. Otstott<br>Attorneys for Defendant<br>Union Carbide Corporation |
| 9 | | |
| 10 | DATED: _____, 2011. | GORDON & REES, LLP |
| 11 | | |
| 12 | | By: _____ |
| 13 | | Linda M. Moroney<br>Attorneys for Defendant<br>3M Company |
| 14 | | |
| 15 | DATED: _____, 2011. | BASSI, EDLIN, HUIE & BLUM LLP |
| 16 | | By: _____ |
| 17 | | Reshma A. Bajaj<br>Attorneys for Defendant<br>J.T. Thorpe & Son, Inc. |
| 18 | | |
| 19 | DATED: _____, 2011. | BISHOP BARRY DRATH |
| 20 | | |
| 21 | | By: _____ |
| 22 | | John A. Burke<br>Attorneys for Defendant<br>Plant Products & Supply Co. |
| 23 | | |
| 24 | DATED: _____, 2011. | ADAMS, NYE BECHT LLP |
| 25 | | |
| 26 | | By: _____ |
| 27 | | Barbara R. Adams<br>Attorneys for Defendant<br>J & H Marine & Industrial Engineering Company |
| 28 | | |

CLAPPER, PATTI,
SCHWEIZER & MASON
Suite 140
2330 Marinship Way
Sausalito, CA 94965
(415) 332-4262

STIPULATION OF DISMISSAL

| | | |
|---|---|---|
| 1 | DATED: _____, 2011. | McKENNA LONG & ALDRIDGE |
| 2 | | |
| 3 | | By:_____ |
| | | Felicia Feng |
| 4 | | Attorneys for Defendant |
| | | Metalclad Insulation Corporation |
| 5 | | |
| 6 | DATED: ____7/6_____, 2011. | BRYDON HUGO & PARKER |
| 7 | | By:_____ |
| | | George A. Otstott |
| 8 | | Attorneys for Defendant |
| | | Union Carbide Corporation |
| 9 | | |
| 10 | DATED: _____, 2011. | GORDON & REES, LLP |
| 11 | | |
| 12 | | By:_____ |
| | | Linda M. Moroney |
| | | Attorneys for Defendant |
| 13 | | 3M Company |
| 14 | | |
| 15 | DATED: _____, 2011. | BASSI, EDLIN, HUIE & BLUM LLP |
| 16 | | By:_____ |
| | | Reshma A. Bajaj |
| 17 | | Attorneys for Defendant |
| | | J.T. Thorpe & Son, Inc. |
| 18 | | |
| 19 | DATED: _____, 2011. | BISHOP BARRY DRATH |
| 20 | | |
| 21 | | By:_____ |
| | | John A. Burke |
| | | Attorneys for Defendant |
| 22 | | Plant Products & Supply Co. |
| 23 | | |
| 24 | DATED: _____, 2011. | ADAMS, NYE BECHT LLP |
| 25 | | |
| 26 | | By:_____ |
| | | Barbara R. Adams |
| | | Attorneys for Defendant |
| 27 | | J & H Marine & Industrial Engineering Company |
| 28 | | |

CLAPPER, PATTI,
SCHWEIZER & MASON
Suite 140
2330 Marinship Way
Sausalito, CA 94965
(415) 332-4262

STIPULATION OF DISMISSAL

| | | | |
|---|---|---|---|
| 1 | DATED: _____, 2011. | | McKENNA LONG & ALDRIDGE |
| 2 | | | |
| 3 | | | By:_____ |
| 4 | | | Felicia Feng<br>Attorneys for Defendant<br>Metalclad Insulation Corporation |
| 5 | DATED: _____, 2011. | | BRYDON HUGO & PARKER |
| 6 | | | |
| 7 | | | By:_____ |
| 8 | | | George A. Oistoti<br>Attorneys for Defendant<br>Union Carbide Corporation |
| 9 | | | |
| 10 | DATED: June 29, 2011. | | GORDON & REES LLP |
| 11 | | | |
| 12 | | | By: /s/ Linda Moroney |
| 13 | | | Linda M. Moroney<br>Attorneys for Defendant<br>3M Company |
| 14 | DATED: _____, 2011. | | BASSI, EDLIN, HUIE & BLUM LLP |
| 15 | | | |
| 16 | | | By:_____ |
| 17 | | | Reshma A. Bajaj<br>Attorneys for Defendant<br>J.T. Thorpe & Son, Inc. |
| 18 | | | |
| 19 | DATED: _____, 2011. | | BISHOP BARRY DRATH |
| 20 | | | |
| 21 | | | By:_____ |
| 22 | | | John A. Burke<br>Attorneys for Defendant<br>Plant Products & Supply Co. |
| 23 | | | |
| 24 | DATED: _____, 2011. | | ADAMS, NYE BECHT LLP |
| 25 | | | |
| 26 | | | By:_____ |
| 27 | | | Barbara R. Adams<br>Attorneys for Defendant<br>J & H Marine & Industrial Engineering Company |
| 28 | | | |

| | | |
|---|---|---|
| 1 | DATED: _____, 2011. | McKENNA LONG & ALDRIDGE |
| 2 | | |
| 3 | | By:_____ |
| 4 | | Felicia Feng<br>Attorneys for Defendant<br>Metalclad Insulation Corporation |
| 5 | | |
| 6 | DATED: _____, 2011. | BRYDON HUGO & PARKER |
| 7 | | |
| 8 | | By:_____<br>George A. Otstott<br>Attorneys for Defendant<br>Union Carbide Corporation |
| 9 | | |
| 10 | DATED: _____, 2011. | GORDON & REES, LLP |
| 11 | | |
| 12 | | By:_____<br>Linda M. Moroney<br>Attorneys for Defendant<br>3M Company |
| 13 | | |
| 14 | | |
| 15 | DATED: June 28, 2011. | BASSI, EDLIN, HUIE & BLUM LLP |
| 16 | | By:_____<br>Reshma A. Bajaj<br>Attorneys for Defendant<br>J.T. Thorpe & Son, Inc. |
| 17 | | |
| 18 | | |
| 19 | DATED: _____, 2011. | BISHOP BARRY DRATH |
| 20 | | |
| 21 | | By:_____<br>John A. Burke<br>Attorneys for Defendant<br>Plant Products & Supply Co. |
| 22 | | |
| 23 | | |
| 24 | DATED: _____, 2011. | ADAMS, NYE BECHT LLP |
| 25 | | |
| 26 | | By:_____<br>Barbara R. Adams<br>Attorneys for Defendant<br>J & H Marine & Industrial Engineering Company |
| 27 | | |
| 28 | | |

CLAPPER, PATTI, SCHWEIZER & MASON
Suite 140
2330 Marinship Way
Sausalito, CA 94965
(415) 332-4262

STIPULATION OF DISMISSAL

```
 1  DATED: _____, 2011.    McKENNA LONG & ALDRIDGE
 2
 3                                      By:_____
                                           Felicia Feng
 4                                         Attorneys for Defendant
                                           Metalclad Insulation Corporation
 5
    DATED: _____, 2011.    BRYDON HUGO & PARKER
 6
 7                                      By:_____
                                           George A. Otstott
 8                                         Attorneys for Defendant
                                           Union Carbide Corporation
 9
10  DATED: _____, 2011.    GORDON & REES, LLP
11
12                                      By:_____
                                           Linda M. Moroney
13                                         Attorneys for Defendant
                                           3M Company
14
15  DATED: _____, 2011.    BASSI, EDLIN, HUIE & BLUM LLP

16                                      By:_____
                                           Reshma A. Bajaj
17                                         Attorneys for Defendant
                                           J.T. Thorpe & Son, Inc.
18
19  DATED: ____6/28_____, 2011.     BISHOP BARRY DRATH
20
                                        By: /s/ John A. Burke
21                                         John A. Burke
                                           Attorneys for Defendant
22                                         Plant Products & Supply Co.
23
24  DATED: _____, 2011.    ADAMS, NYE BECHT LLP
25
26                                      By:_____
                                           Barbara R. Adams
27                                         Attorneys for Defendant
                                           J & H Marine & Industrial Engineering
28                                         Company
```

CLAPPER, PATTI, SCHWEIZER & MASON
Suite 140
2330 Marinship Way
Sausalito, CA 94965
(415) 332-4262

STIPULATION OF DISMISSAL

| | | |
|---|---|---|
| 1 | DATED: _____, 2011. | McKENNA LONG & ALDRIDGE |
| 2 | | |
| 3 | | By:_____ |
| 4 | | Felicia Feng<br>Attorneys for Defendant<br>Metalclad Insulation Corporation |
| 5 | DATED: _____, 2011. | BRYDON HUGO & PARKER |
| 6 | | |
| 7 | | By:_____ |
| 8 | | George A. Otstott<br>Attorneys for Defendant<br>Union Carbide Corporation |
| 9 | | |
| 10 | DATED: _____, 2011. | GORDON & REES, LLP |
| 11 | | |
| 12 | | By:_____ |
| 13 | | Linda M. Moroney<br>Attorneys for Defendant<br>3M Company |
| 14 | | |
| 15 | DATED: _____, 2011. | BASSI, EDLIN, HUIE & BLUM LLP |
| 16 | | |
| 17 | | By:_____ |
| 18 | | Reshma A. Bajaj<br>Attorneys for Defendant<br>J.T. Thorpe & Son, Inc. |
| 19 | DATED: _____, 2011. | BISHOP BARRY DRATH |
| 20 | | |
| 21 | | By:_____ |
| 22 | | John A. Burke<br>Attorneys for Defendant<br>Plant Products & Supply Co. |
| 23 | | |
| 24 | DATED: June 28, 2011. | ADAMS, NYE BECHT LLP |
| 25 | | |
| 26 | | By: /s/ Barbara R. Adams |
| 27 | | Barbara R. Adams<br>Attorneys for Defendant<br>J & H Marine & Industrial Engineering Company |
| 28 | | |

IT IS SO ORDERED
Judge Samuel Conti

July 7, 2011

1 | DATED: June 30, 2011.     VASQUEZ ESTRADA & CONWAY LLP

3 | By: _____
    Michael A. Vasquez
4 | Attorneys for Defendant
    Hill Brothers Chemical Company

CLAPPER, PATTI,
SCHWEIZER & MASON
Suite 140
2330 Marinship Way
Sausalito, CA 94965
(415) 332-4262

STIPULATION OF DISMISSAL

## PROOF OF SERVICE BY MAIL

I declare that I am employed in the County of Marin, California; I am over the age of eighteen years and not a party to the within action; my business address is 2330 Marinship Way, Suite 140, Sausalito, California 94965.

On July 6, 2011, I served the attached document: STIPULATION OF DISMISSAL OF DEFENDANTS in said action,

<u>XXX</u>     By placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Sausalito, California addressed as

See Attached Service List

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 6, 2011 at Sausalito, California.

_____
Lenette Lew

CLAPPER, PATTI
SCHWEIZER & MASON
Suite 140
2330 Marinship Way
Sausalito, CA 94965
(415) 332-4262

T:\FORMS\Common\mail pos.wpd

Sally Joann Tysver, et al. ALSC Case No. RG11569254
May 17, 2011

ASBESTOS CORPORATION, LTD.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
433-0990, 434-1370, fax

ASTRA FLOORING COMPANY
Pond North LLP
350 South Grand Avenue, Suite 2850
Los Angeles, CA 90071
(213) 617-6170, (213) 623-3594, fax

B.R. FUNSTEN & CO.
*James Funsten*
*825 Van Ness Avenue, Suite 201*
*San Francisco, CA 94109*

Walsworth, Franklin, Bevins & McCall
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415/781-7072, 415/391-6258 fax

THE BOEING COMPANY
Ronald A McIntire
Bo W. Kim
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
(310) 788-9900, (310) 788-3399, fax

FOSTER WHEELER CORPORATION
Edward R. Hugo
Donna L. Maul
Brydon Hugo & Parker
135 Main Street, 20th Floor
San Francisco, CA 94105
808-0300, 808-0333 fax

FRASER'S BOILER SERVICE, INC.
Frank D. Pond
Pond North, LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071
(213) 617-6170, (213) 623-3594 fax

GOODRICH CORPORATION WHICH WILL DO BUSINESS IN CALIFORNIA AS NEW YORK GOODRICH
David Glaspy, Esq.
Glaspy & Glaspy
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
925-947-1300; 925-947-1594 fax

HILL BROTHERS CHEMICAL COMPANY
Michael A. Vasquez
Kelli A. Herzog
Vasquez & Estrada
1000 Fourth Street, Suite 700
San Rafael, CA 94901
415-453-0555; 415- 453-0549 fax

J & H MARINE & INDUSTRIAL ENGINEERING COMPANY
Barbara R. Adams
Adams Nye Becht LLP
222 Kearny Street, Seventh Floor
San Francisco, CA 94108-4521
(415) 982-8955, (415) 982-2042, fax

J.T. THORPE & SON, INC.
Jeffrey J. Fadeff
Reshma A. Bajaj
Bassi, Edlin, Huie & Blum LLP
351 California Street, Suite 200
San Francisco, CA 94104
415-397-9006; 415-397-1339 fax

METALCLAD INSULATION CORPORATION
Lisa L. Oberg
McKenna Long & Aldridge, LLP
101 California Street, 41st Floor
San Francisco, CA 94111
415-267-4000, 415-267-4198 fax

PARKER HANNIFIN CORPORATION
Law Offices of Peter J. Nova
P.O. Box 1328
Sonoma, CA 95476
Ph: 707-938-9610; Fax: 707-938-9612

PLANT PRODUCTS & SUPPLY CO.
Bishop Barry Drath
Watergate Tower III
2000 Powell Street, Suite 1425
Emeryville, CA 94608
(510) 596-0888; (510) 596-0899 fax

QUINTEC INDUSTRIES, INC.; SB DECKING, INC.
Walsworth, Franklin, Bevins & McCall
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415/781-7072, 415/391-6258 fax

M. SLAYEN AND ASSOCIATES, INC.
Mark S. Kannett
Becherer, Kannett & Schweitzer
1255 Powell Street
Emeryville, CA 94608-2604
(510) 658-3600, (510) 658-1151, fax

SYD CARPENTER, MARINE CONTRACTOR, INC.
Kenneth B. Prindle, Esq.
Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP
One California Street, Suite 1910
San Francisco, CA 94111
415-788-8354; 415-788-3625 fax

UNION CARBIDE CORPORATION
John R. Brydon, Esq.
Edward R. Hugo, Esq.
Brydon Hugo & Parker
135 Main Street, Suite 2000
San Francisco, CA 94105
415-808-0300; 415-808-0333 fax

3M COMPANY fka Minnesota Mining & Manufacturing Company
Linda M. Moroney
Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
(415) 986-5900; (415) 986-8054 fax

BERRY & BERRY
P.O. Box 16070
Oakland, CA 94610
(510) 835-8330, (510) 835-5117 fax

Plaintiffs Co-Counsel:
Barrett Naman
DeLuca & Nemeroff, LLP
21021 Springbrook Plaza Drive, Suite 150
Spring, TX 77379
281-378-5970; 281-378-5976 fax